

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2014

No. 04-14-00025-CR

Frances Rosalez **FORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2986
Honorable Dick Alcala, Judge Presiding

## O R D E R

The State's brief was originally due August 18, 2014; however, the court granted appellant an extension of time to file the brief until September 17, 2014. The brief was not filed. Instead, on September 19, the State filed a motion requesting an additional thirty days to file the brief.

We **grant** the motion and order the State to file its brief by **October 17, 2014** (60 days after the originally due date). Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court